*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edward C. Hill and Elizabeth L. Hill

    Debtor(s)

Case No: 15–14914–ref

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Motion to Dismiss Case, underfunded & feasibility Filed by FREDERICK L. REIGLE Represented by LISA MARIE CIOTTI (Counsel).

Hearing Rescheduled from 10/27/16 TO 12/1/16 at 9:00 AM

on: 12/1/16

at: 09:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  10/12/16

Timothy B. McGrath
Clerk of Court

37 – 29
Form 167