United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-14914-ref
Edward C. Hill                                                        Chapter 13
Elizabeth L. Hill
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela              Page 1 of 2              Date Rcvd: Oct 12, 2016
                              Form ID: 152              Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
```
db/jdb         +Edward C. Hill,    Elizabeth L. Hill,    4344 New Holland Road,    Mohnton, PA 19540-8653
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage, LLC.,     PO Box 619096,
                 Dallas, TX  75261-9741)
13631101       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13565049       +Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
13573428        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13607789        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13565050       +Children's Place,    PO Box 6497,    Sioux Falls, SD 57117-6497
13621692       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13565051       +Citiflex/ Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
13565052       +Comenity Bank/ Bonton,    PO Box 182789,    Columbus, OH 43218-2789
13563140       +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
13565054       +Diamond credit Union,    1600 Medicare Drive,    Pottstown, PA 19464-3242
13568041       +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha, NE 68197-0003
13565056      #+Medical Reading Dermatology,    2208 Quarry Drive,    Reading, PA 19609-1158
13596464       +Midland Credit Management, Inc. as agent for,    Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
13565057       +National Bank of Omaha,    PO Box 3412,    Omaha, NE 68103-0412
13565058       +Nationstar Mortgage,    PO Box 619098,    Dallas, TX 75261-9098
13565059       +Philips Curtin & Di Giacomo,    1231 Lancaster Avenue,    Berwyn, PA 19312-1244
13565060       +Physician Billing Office,    PO Box 102388,    Atlanta, GA 30368-2388
13620573       +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage LLC,    PO Box 619096,    Dallas TX 75261-9096
13621426       +THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW,    c/o Aldridge Pite, LLP,
                 4375 Jutland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
13602401       +The Bank of New York Mellon,    c/o Joshua I. Goldman, Esq.,    KML Law Group PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13565063       +US Postal Service FCU,    7905 Malcolm Road, 4th Floor,    Clinton, MD 20735-1735
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Oct 13 2016 02:07:32      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,   P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 13 2016 02:07:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 13 2016 02:07:36      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13565055       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 13 2016 02:07:06      Kohls,    PO Box 3115,
                 Milwaukee, WI 53201-3115
13626147        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 13 2016 02:10:48
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13598621        E-mail/Text: ebn@vativrecovery.com Oct 13 2016 02:07:10      Palisades Acquisition XVII,
                 VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Acquisition XVI,
                 P.O. Box 40728,    Houston, TX 77240-0728
13580150        E-mail/Text: bnc-quantum@quantum3group.com Oct 13 2016 02:07:14
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13565061       +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2016 02:09:49      Syncb/Nations,    PO Box 965036,
                 Orlando, FL 32896-5036
13565062       +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2016 02:10:43      Syncb/Sams Club,    PO Box 965036,
                 Orlando, FL 32896-5036
13642460       +E-mail/Text: sfrancisco@uspsfcu.org Oct 13 2016 02:07:13      U.S. Postal Service FCU,
                 7905 Malcolm Road, Suite 311,    Clinton, MD 20735-1730
                                                                                              TOTAL: 10
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13565053*      +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
                                                                                          TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4           User: Angela                Page 2 of 2                   Date Rcvd: Oct 12, 2016
                               Form ID: 152                Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2016 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Edward C. Hill NO1JTB@juno.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Elizabeth L. Hill NO1JTB@juno.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Edward C. Hill and Elizabeth L. Hill
    Debtor(s)

Case No: 15−14914−ref
Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 12/1/16 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

                For The Court

                Timothy B. McGrath
                Clerk of Court