United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-14914-ref
Edward C. Hill                                                      Chapter 13
Elizabeth L. Hill
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Angela          Page 1 of 2            Date Rcvd: Oct 12, 2016
                             Form ID: 167          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
db/jdb         +Edward C. Hill,   Elizabeth L. Hill,   4344 New Holland Road,   Mohnton, PA 19540-8653
cr            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC.,   PO Box 619096,
                 Dallas, TX  75261-9741)
13631101       +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13565049       +Capital One Bank,   PO Box 30281,   Salt Lake City, UT 84130-0281
13573428        Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13607789        Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13565050       +Children's Place,   PO Box 6497,   Sioux Falls, SD 57117-6497
13621692       +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
13565051       +Citiflex/ Citibank,   PO Box 6497,   Sioux Falls, SD 57117-6497
13565052       +Comenity Bank/ Bonton,   PO Box 182789,   Columbus, OH 43218-2789
13563140       +Diamond Credit Union,   1600 Medical Drive,   Pottstown, PA 19464-3242
13565054       +Diamond credit Union,   1600 Medicare Drive,   Pottstown, PA 19464-3242
13568041       +First National Bank of Omaha,   1620 Dodge Street,   Stop Code 3105,   Omaha, NE 68197-0003
13565056      #+Medical Reading Dermatology,   2208 Quarry Drive,   Reading, PA 19609-1158
13596464       +Midland Credit Management, Inc. as agent for,   Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
13565057       +National Bank of Omaha,   PO Box 3412,   Omaha, NE 68103-0412
13565058       +Nationstar Mortgage,   PO Box 619098,   Dallas, TX 75261-9098
13565059       +Philips Curtin & Di Giacomo,   1231 Lancaster Avenue,   Berwyn, PA 19312-1244
13565060       +Physician Billing Office,   PO Box 102388,   Atlanta, GA 30368-2388
13620573       +THE BANK OF NEW YORK MELLON,   Nationstar Mortgage LLC,   PO Box 619096,   Dallas TX 75261-9096
13621426       +THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW,   c/o Aldridge Pite, LLP,
                 4375 Jutland Drive, Suite 200,   PO Box 17933,   San Diego, CA 92177-7921
13602401       +The Bank of New York Mellon,   c/o Joshua I. Goldman, Esq.,   KML Law Group PC,
                 701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13565063       +US Postal Service FCU,   7905 Malcolm Road, 4th Floor,   Clinton, MD 20735-1735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13565055       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 13 2016 02:07:07      Kohls,   PO Box 3115,
                 Milwaukee, WI 53201-3115
13626147        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 13 2016 02:10:53
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13598621        E-mail/Text: ebn@vativrecovery.com Oct 13 2016 02:07:10      Palisades Acquisition XVII,
                 VATIV RECOVERY SOLUTIONS LLC, dba SMC,   As agent for Palisades Acquisition XVI,
                 P.O. Box 40728,   Houston, TX 77240-0728
13580150        E-mail/Text: bnc-quantum@quantum3group.com Oct 13 2016 02:07:14
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13565061       +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2016 02:09:49      Syncb/Nations,   PO Box 965036,
                 Orlando, FL 32896-5036
13565062       +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2016 02:10:43      Syncb/Sams Club,   PO Box 965036,
                 Orlando, FL 32896-5036
13642460       +E-mail/Text: sfrancisco@uspsfcu.org Oct 13 2016 02:07:13      U.S. Postal Service FCU,
                 7905 Malcolm Road, Suite 311,   Clinton, MD 20735-1730
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13565053*      +Diamond Credit Union,   1600 Medical Drive,   Pottstown, PA 19464-3242
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-4          User: Angela              Page 2 of 2                  Date Rcvd: Oct 12, 2016
                              Form ID: 167              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2016 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Edward C. Hill NO1JTB@juno.com
          JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Elizabeth L. Hill NO1JTB@juno.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edward C. Hill and Elizabeth L. Hill

    Debtor(s)

Case No: 15–14914–ref

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Motion to Dismiss Case, underfunded & feasibility Filed by FREDERICK L. REIGLE Represented by LISA MARIE CIOTTI (Counsel).

Hearing Rescheduled from 10/27/16 TO 12/1/16 at 9:00 AM

    on: 12/1/16

    at: 09:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 10/12/16

Timothy B. McGrath
Clerk of Court

37 – 29
Form 167