# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Edward C. Hill<br>         Elizabeth L. Hill<br>                              Debtors | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR CENTEX HOME EQUITY LOAN TRUST 2005-A<br>                              Movant<br>                  vs. | NO. 15-14914 REF |
| Edward C. Hill<br>Elizabeth L. Hill<br>                              Debtors | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle Esq.<br>                              Trustee | |

## ORDER

AND NOW,    at Reading, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on September 3, 2015 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: February 6, 2017**

_____
United States Bankruptcy Judge.