United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Edward C. Hill
Elizabeth L. Hill
     Debtors

Case No. 15-14914-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 1     Date Rcvd: Feb 06, 2017
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2017.
db/jdb        +Edward C. Hill,   Elizabeth L. Hill,   4344 New Holland Road,   Mohnton, PA 19540-8653

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2017                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2017 at the address(es) listed below:
        DENISE ELIZABETH CARLON    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
         bkgroup@kmllawgroup.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Elizabeth L. Hill NO1JTB@juno.com
        JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Edward C. Hill NO1JTB@juno.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
         bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
         tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                              TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Edward C. Hill<br>        Elizabeth L. Hill<br>                    Debtors | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR CENTEX HOME EQUITY LOAN TRUST 2005-A<br>                    Movant<br>            vs. | NO. 15-14914 REF<br><br>11 U.S.C. Sections 362 and 1301 |
| Edward C. Hill<br>Elizabeth L. Hill<br>                    Debtors<br><br>Frederick L. Reigle Esq.<br>                    Trustee | |

**ORDER**

AND NOW, at Reading, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on September 3, 2015 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: February 6, 2017**

_____
United States Bankruptcy Judge.