# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Edward C. Hill | |
|       Elizabeth L. Hill | |
|                       Debtors | CHAPTER 13 |
| | |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR CENTEX HOME EQUITY LOAN TRUST 2005-A, its successors and/or assigns | NO. 15-14914 REF |
|                       Movant | |
|         vs. | |
| | |
| Edward C. Hill | 11 U.S.C. Section 362 |
| Elizabeth L. Hill | |
|                       Debtors | |
| | |
| Frederick L. Reigle Esq. | |
|                       Trustee | |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR CENTEX HOME EQUITY LOAN TRUST 2005-A, which was filed with the Court on or about **October 28, 2015**.

                                                    Respectfully submitted,

                                                    **/s/ Kevin G. McDonald, Esquire**
                                                    Kevin G. McDonald, Esquire
                                                    kmcdonald@kmllawgroup.com
                                                    KML Law Group, P.C.
                                                    BNY Mellon Independence Center
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA  19106
                                                    215-627-1322

November 29, 2017