**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **ELIZABETH HILL,** | : | **Chapter 13** |
| **EDWARD HILL,** | : | |
| Debtor | : | **Bankruptcy No: 15-14914** |

**MOTION TO CONVERT FROM CHAPTER 13 CASE**
**TO CASE UNDER CHAPTER 7**

*COMES NOW,* the Debtors Elizabeth and Edward Hill who file this motion to convert from a

Chapter 13 to a Chapter 7 and in support thereof, says:

1.    The Debtors are Elizabeth and Edward Hill.

2.    The Debtors filed a petition for protection pursuant to Chapter 13 of the

Bankruptcy Act 11 U.S.C. § 101 et. seq.

3.     The Debtor had been able to make her plan payments so long as her husband

lived and she had his support.

4.    The Debtor's husband died on or about April 7, 2016 and solely as a result of his

death, the debtor is no longer able to make her plan payments.

*WHEREFORE*, the Debtors, **Elizabeth and Edward Hill**, pray this Honorable Court to:

A.    Grant relief in accordance with Chapter 7 of the Bankruptcy Code; and

B.    Grant such other relief as this Court deems fitting and just.

Dated:  11/29/2017  _                     */s/Joseph Bambrick _____*
                                                **Joseph T. Bambrick, Jr., Esquire**
                                                Attorney for Debtor
                                                 Bar No. 45112
                                                 529 Reading Avenue, Suite K
                                                 West Reading, PA  19611