United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Edward C. Hill
Elizabeth L. Hill
    Debtors

Case No. 15-14914-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 2     Date Rcvd: Dec 01, 2017
                    Form ID: pdf900    Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2017.

```
db/jdb         +Edward C. Hill,    Elizabeth L. Hill,    4344 New Holland Road,    Mohnton, PA 19540-8653
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC.,     PO Box 619096,
                 Dallas, TX  75261-9741)
13631101       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13565049       +Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
13573428        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13607789        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13565050       +Children's Place,    PO Box 6497,    Sioux Falls, SD 57117-6497
13621692       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13565051       +Citiflex/ Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
13565052       +Comenity Bank/ Bonton,    PO Box 182789,    Columbus, OH 43218-2789
13563140       +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
13565054       +Diamond credit Union,    1600 Medicare Drive,    Pottstown, PA 19464-3242
13568041       +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha, NE 68197-0003
13565057       +National Bank of Omaha,    PO Box 3412,    Omaha, NE 68103-0412
13565058       +Nationstar Mortgage,    PO Box 619098,    Dallas, TX 75261-9098
13565059       +Philips Curtin & Di Giacomo,    1231 Lancaster Avenue,    Berwyn, PA 19312-1244
13565060       +Physician Billing Office,    PO Box 102388,    Atlanta, GA 30368-2388
13620573       +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage LLC,    PO Box 619096,    Dallas TX 75261-9096
13621426       +THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW,    c/o Aldridge Pite, LLP,
                 4375 Jutland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
13839503       +The Bank of New York Mellon,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13602401       +The Bank of New York Mellon,    c/o Joshua I. Goldman, Esq.,    KML Law Group PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13565063       +US Postal Service FCU,    7905 Malcolm Road, 4th Floor,    Clinton, MD 20735-1735
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            +E-mail/Text: robertsl2@dnb.com Dec 01 2017 07:38:25      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 01 2017 07:38:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 01 2017 07:38:27      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13565055       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 01 2017 07:37:57      Kohls,    PO Box 3115,
                 Milwaukee, WI 53201-3115
13596464       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 01 2017 07:38:19
                 Midland Credit Management, Inc. as agent for,    Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
13626147        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 01 2017 07:37:34
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13598621        E-mail/Text: ebn@vativrecovery.com Dec 01 2017 07:37:59      Palisades Acquisition XVII,
                 VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Acquisition XVI,
                 P.O. Box 40728,    Houston, TX 77240-0728
13580150        E-mail/Text: bnc-quantum@quantum3group.com Dec 01 2017 07:38:03
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13565061       +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2017 07:37:39      Syncb/Nations,    PO Box 965036,
                 Orlando, FL 32896-5036
13565062       +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2017 07:37:25      Syncb/Sams Club,    PO Box 965036,
                 Orlando, FL 32896-5036
13642460       +E-mail/Text: sfrancisco@uspsfcu.org Dec 01 2017 07:38:01      U.S. Postal Service FCU,
                 7905 Malcolm Road, Suite 311,    Clinton, MD 20735-1730
                                                                                              TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13565053*      +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
13565056      ##+Medical Reading Dermatology,    2208 Quarry Drive,    Reading, PA 19609-1158
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Certificate of Notice    Page 2 of 3

```
District/off: 0313-4          User: Lisa              Page 2 of 2              Date Rcvd: Dec 01, 2017
                              Form ID: pdf900         Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2017 at the address(es) listed below:

```
              DENISE ELIZABETH CARLON    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Edward C. Hill NO1JTB@juno.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Elizabeth L. Hill NO1JTB@juno.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               KMcDonald@blankrome.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **ELIZABETH HILL,** | : | Chapter 13 |
| **EDWARD HILL,** | : | |
| Debtor | : | Bankruptcy No: 15-14914 |

## MOTION TO CONVERT FROM CHAPTER 13 CASE
## TO CASE UNDER CHAPTER 7

***COMES NOW,*** the Debtors Elizabeth and Edward Hill who file this motion to convert from a Chapter 13 to a Chapter 7 and in support thereof, says:

1. The Debtors are Elizabeth and Edward Hill.

2. The Debtors filed a petition for protection pursuant to Chapter 13 of the Bankruptcy Act 11 U.S.C. § 101 et. seq.

3. The Debtor had been able to make her plan payments so long as her husband lived and she had his support.

4. The Debtor's husband died on or about April 7, 2016 and solely as a result of his death, the debtor is no longer able to make her plan payments.

***WHEREFORE***, the Debtors, **Elizabeth and Edward Hill**, pray this Honorable Court to:

A. Grant relief in accordance with Chapter 7 of the Bankruptcy Code; and

B. Grant such other relief as this Court deems fitting and just.

Dated: 11/29/2017

*/s/Joseph Bambrick*
**Joseph T. Bambrick, Jr., Esquire**
Attorney for Debtor
Bar No. 45112
529 Reading Avenue, Suite K
West Reading, PA  19611