IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

EDWARD C. HILL : CHAPTER 7
ELIZABETH L. HILL :

DEBTORS : CASE NO. 15-14914-REF

### STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE

NOW, this 13th day of February, 2018, it is hereby agreed and stipulated to between the Trustee, Lynn E. Feldman, Esquire, and Attorney for Debtors, Joseph T. Bambrick, Esquire, as follows:

1. The current deadline for Trustee or any parties in interest to file a Complaint Objecting to Discharge is March 9, 2018.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until May 9, 2018 to file a Complaint Objecting to Discharge and/or file a Motion to Dismiss pursuant to 11 U.S.C. Section 707(b). Debtors' attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____
Lynn E. Feldman, Esquire
Chapter 7 Trustee

_____
Joseph T. Bambrick, Esq.
Attorney for Debtors

### ORDER

NOW, this ___ day ___, 2018, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Order of this Court. With full force and effect thereof.

**Date: February 14, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge