```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
```

In re:                                                            Case No. 15-14914-ref
Edward C. Hill                                                    Chapter 7
Elizabeth L. Hill
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv            Page 1 of 1           Date Rcvd: Feb 14, 2018
                            Form ID: pdf900      Total Noticed: 2

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db/jdb        +Edward C. Hill,    Elizabeth L. Hill,    4344 New Holland Road,    Mohnton, PA 19540-8653
cr           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 619096,
                 Dallas, TX   75261-9741)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:

```
              DENISE ELIZABETH CARLON    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bkgroup@kmllawgroup.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Elizabeth L. Hill NO1JTB@juno.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Edward C. Hill NO1JTB@juno.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               KMcDonald@blankrome.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.epiqsystems.com
              THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

EDWARD C. HILL              :    CHAPTER 7
ELIZABETH L. HILL

          DEBTORS        :    CASE NO. 15-14914-REF

### STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE

NOW, this 13th day of February, 2018, it is hereby agreed and stipulated to between the Trustee, Lynn E. Feldman, Esquire, and Attorney for Debtors, Joseph T. Bambrick, Esquire, as follows:

1. The current deadline for Trustee or any parties in interest to file a Complaint Objecting to Discharge is March 9, 2018.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until May 9, 2018 to file a Complaint Objecting to Discharge and/or file a Motion to Dismiss pursuant to 11 U.S.C. Section 707(b). Debtors' attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____
Lynn E. Feldman, Esquire
Chapter 7 Trustee

_____
Joseph T. Bambrick, Esq.
Attorney for Debtors

### ORDER

NOW, this _____ day _____, 2018, **IT IS HEREBY ORDERED** that the above Stipulation be approved and made an Order of this Court. With full force and effect thereof.

**Date: February 14, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge