**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Edward C. & Elizabeth L. Hill | : | Chapter: 7 |
| | : | |
| Debtor(s) | : | Bankruptcy No.: 15-14914-REF |
| | : | |
| | : | |

**NOTICE OF DEFICIENCY**

PLEASE TAKE NOTE:

The above referenced Debtor has failed to appear at two (2) scheduled §341 Meetings of Creditors on 3/5/18 and 4/9/18.

DATED this 12th day of April 2018.

ANDREW R. VARA
Acting United States Trustee

By: */s/ Maria Borgesi*
    Maria Borgesi
    Paralegal