United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 15-14914-ref
Edward C. Hill                                                                   Chapter 7
Elizabeth L. Hill
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1              Date Rcvd: May 24, 2018
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
db/jdb        +Edward C. Hill,   Elizabeth L. Hill,   4344 New Holland Road,   Mohnton, PA 19540-8653
cr           ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage, LLC.,   PO Box 619096,
                 Dallas, TX  75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bkgroup@kmllawgroup.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Elizabeth L. Hill NO1JTB@juno.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Edward C. Hill NO1JTB@juno.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.epiqsystems.com
              THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Edward C. & Elizabeth L. Hill          Chapter  7

Debtor(s).                                      Bankruptcy No. 15-14914-REF

# ORDER

AND NOW, this **24** day of **May**, 2018, the Court having conducted a hearing with respect to its previous Order to Show Cause Why Case Should Not Be Dismissed in the above-captioned Chapter 7 case, it is hereby

ORDERED that the debtors, are directed to appear and provide testimony at the rescheduled Section 341(a) Meeting of Creditors before the Chapter 7 Trustee **Lynn Feldman on June 4, 2018 at the Berks County Bar Association, 544 Court Street, 2nd Floor, Reading, PA 19601 at 11:00 a.m.**  Counsel for the debtor shall provide notice of this rescheduled Meeting of Creditors to all creditors and parties in interest; and it is further

ORDERED that a continued hearing on the Court's Order to Show Cause shall be held on **6/28/18**, 2018, at 11:00 a.m., Bankruptcy Courtroom No. 1, Bankruptcy Court, The Madison, Suite 300, 400 Washington Street, Reading, PA 19601 for the purpose of determining whether the debtor complied with the terms of this Order and whether the Court should dismiss the case.

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to 60 days after the date on which the Meeting of Creditors is actually conducted (or upon the filing and service of interrogatory responses or the conclusion of any dispute over interrogatory responses).

_____
RICHARD E. FEHLING
Chief United States Bankruptcy Judge

Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee
United States Trustee