B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Edward C. Hill / Elizabeth L. Hill**, Debtor(s)

Case No. **15-14914**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

### Property No. 1

**Creditor's Name:** Bank of New York Nationstar Mortgage

**Describe Property Securing Debt:** 4344 New Holland Road, Monhton, PA 19540

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other. Explain **Debtor to retain collateral and will continue to make regular payments.** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt
- ☐ Not claimed as exempt

### Property No. 2

**Creditor's Name:** Diamond Credit Union

**Describe Property Securing Debt:** 4344 New Holland Road, Monhton, PA 19540

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other. Explain **Debtor to retain collateral and will continue to make regular payments.** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt
- ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

### Property No. 1

**Lessor's Name:** -NONE-

**Describe Leased Property:**

Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):
☐ YES   ☐ NO

B8 (Form 8) (12/08)                                                         Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **June 20, 2018**        Signature **/s/ Edward C. Hill**
                                                        **Edward C. Hill**
                                                        Debtor

Date **June 20, 2018**        Signature **/s/ Elizabeth L. Hill**
                                                        **Elizabeth L. Hill**
                                                        Joint Debtor