Certificate Number: 12433-PAE-DE-031510194

Bankruptcy Case Number: 15-14914



12433-PAE-DE-031510194

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 22, 2018, at 3:27 o'clock PM EDT, Edward C. Hill completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 22, 2018          By:   /s/Candace Jones

Name: Candace Jones

Title:   Counselor