United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-14914-ref
Edward C. Hill                                                            Chapter 7
Elizabeth L. Hill
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Keith                 Page 1 of 2              Date Rcvd: Aug 24, 2018
                              Form ID: 318                Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
```
db/jdb         +Edward C. Hill,    Elizabeth L. Hill,    4344 New Holland Road,    Mohnton, PA 19540-8653
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13631101       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13563140       +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
13565054       +Diamond credit Union,    1600 Medicare Drive,    Pottstown, PA 19464-3242
13568041       +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha, NE 68197-0003
13565057       +National Bank of Omaha,    PO Box 3412,    Omaha, NE 68103-0412
13565058       +Nationstar Mortgage,    PO Box 619098,    Dallas, TX 75261-9098
13565059       +Philips Curtin & Di Giacomo,    1231 Lancaster Avenue,    Berwyn, PA 19312-1244
13565060       +Physician Billing Office,    PO Box 102388,    Atlanta, GA 30368-2388
13620573       +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage LLC,    PO Box 619096,    Dallas TX 75261-9096
13621426       +THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW,    c/o Aldridge Pite, LLP,
                 4375 Jutland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
13602401       +The Bank of New York Mellon,    c/o Joshua I. Goldman, Esq.,    KML Law Group PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13839503       +The Bank of New York Mellon,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13565063       +US Postal Service FCU,    7905 Malcolm Road, 4th Floor,    Clinton, MD 20735-1735
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QLEFELDMAN.COM Aug 25 2018 05:48:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
                 221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2018 01:59:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2018 02:00:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13565049       +EDI: CAPITALONE.COM Aug 25 2018 05:48:00      Capital One Bank,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
13573428        EDI: CAPITALONE.COM Aug 25 2018 05:48:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
13607789        EDI: BL-BECKET.COM Aug 25 2018 05:48:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13565050       +EDI: CITICORP.COM Aug 25 2018 05:48:00      Children's Place,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
13621692       +EDI: CITICORP.COM Aug 25 2018 05:48:00      Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
13565051       +EDI: CITICORP.COM Aug 25 2018 05:48:00      Citiflex/ Citibank,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
13565052       +EDI: WFNNB.COM Aug 25 2018 05:48:00      Comenity Bank/ Bonton,    PO Box 182789,
                 Columbus, OH 43218-2789
13565055       +EDI: CBSKOHLS.COM Aug 25 2018 05:48:00      Kohls,    PO Box 3115,    Milwaukee, WI 53201-3115
13596464       +EDI: MID8.COM Aug 25 2018 05:48:00      Midland Credit Management, Inc. as agent for,
                 Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
13626147        EDI: PRA.COM Aug 25 2018 05:48:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13598621        E-mail/Text: ebn@vativrecovery.com Aug 25 2018 01:58:56       Palisades Acquisition XVII,
                 VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Acquisition XVI,
                 P.O. Box 40728,    Houston, TX 77240-0728
13580150        EDI: Q3G.COM Aug 25 2018 05:48:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
13565061       +EDI: RMSC.COM Aug 25 2018 05:48:00      Syncb/Nations,    PO Box 965036,    Orlando, FL 32896-5036
13565062       +EDI: RMSC.COM Aug 25 2018 05:48:00      Syncb/Sams Club,    PO Box 965036,
                 Orlando, FL 32896-5036
13642460       +E-mail/Text: djarboe@uspsfcu.org Aug 25 2018 01:58:58      U.S. Postal Service FCU,
                 7905 Malcolm Road, Suite 311,    Clinton, MD 20735-1730
                                                                                              TOTAL: 18

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13565053*      +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
13565056      ##+Medical Reading Dermatology,    2208 Quarry Drive,    Reading, PA 19609-1158
                                                                                               TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Keith              Page 2 of 2              Date Rcvd: Aug 24, 2018
                              Form ID: 318             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2018 at the address(es) listed below:

```
          DENISE ELIZABETH CARLON    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
           bkgroup@kmllawgroup.com
          JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Edward C. Hill NO1JTB@juno.com
          JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Elizabeth L. Hill NO1JTB@juno.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
          THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Edward C. Hill** | Social Security number or ITIN | **xxx–xx–6569** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Elizabeth L. Hill** | Social Security number or ITIN | **xxx–xx–8930** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **15–14914–ref**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edward C. Hill                             Elizabeth L. Hill

8/24/18                                    **By the court:**   Richard E. Fehling
                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**